```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
                                :
MORELL B. OURS, JR.
                                :
     v.                         :    Civil Action No. DKC-08-3325
                                :
POHANKA AUTO NORTH, INC.
                                :
```

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 17th day of June, 2009, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to dismiss filed by Defendant BE, and the same hereby IS, GRANTED;

2. The Odometer Act claim in count one BE, and the same hereby IS, DISMISSED for failure to state a claim;

3. The remaining state law claims BE, and the same hereby ARE, DISMISSED without prejudice; and

4. The clerk will transmit copies of this memorandum opinion and order to counsel for the parties and CLOSE this case.

```
                         _____/s/_____
                         DEBORAH K. CHASANOW
                         United States District Judge
```